Ronita Jones  Case # or Docket #
3:02CR150 V
19075-058
F.D.C. Philadelphia
P.O. Box 562
Phila. PA. 19105

Honorable Judge Richard Voorhees
United States District Court
Western District of N.C.

FILED
CHARLOTTE, NC
MAR 1 8 2008
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

Dear Judge Voorhees,

    I'm writing in regards to the new laws that have been passed in hope that I will be one to benefit from them. My paperwork indicates that I'm due to be released to a halfway house in May of 2009 for 6 mths. I feel as though i've more than payed my debt to society for what I was found guilty of. I have four children that need me at home. As i've stated everytime i've written the courts, my children are all separated and continue to have a rough time without me. Since my incarceration both my daughters has had children. My youngest daughter Rayshawna gave birth to a little girl named Zahara who weighed ½ pd. at birth. She is still being cared for in a medical facility in Doylestown PA. She was born November 2006 and God willing she is expected to come home in the next 9 months. Where home will be, i'm not sure because to my knowledge my daughter doesn't have a home and she is living from pillar to post. I love my family, even my granddaughter Zahara whom i've never seen or held before. God willing you will allow me to go home so with the help of God I can began to rebuild a foundation for her and the rest of my children so they will have a home of their own.

I now realize that everything in life is for a reason and a season. I believe that God was saving my life and useing me to save lives through my incarceration. You see God has His own way of doing things. We sit and wonder about some of the things that happened in our lives like the loss of loved ones at a young age or the incarceration of family members who we may feel don't deserve it etc...

I've come to realize that God will do or allow whatever is necessary to get our undivided attention to use me the way He see fit. Now when I sit and think about the time I spent in Mecklinburg County Jail and how God used me to speak and pray with some of the young ladies that came through. I realize now that God used me in some way in every jail i've been to for a reason and a season.

For God said in His Word I know the thoughts that I think towards you, saith the Lord, thoughts of peace, and not of evil, to give you an expected end. I can recall going to Doylestown jail thinking I was going to see my family and instead I only got to see my mother one week before I was sent back to North Carolina but God used me to speak & pray for the addicts to be delivered from their addiction. My mother recieved letters from two women telling how they have turned their lives around. Even if it had only been one I still thank God because its a privilege to be used by God.

I didn't know and still don't know what would have happened to me if I had stayed out there on my past course. You see I can come back from prison but death

is the point of no return. As long as I can look up I can get up. Since my incarceration I've gottin to know Ronita and what I want and need to do to better myself. God is the head of my life and anything that isn't of Him will have no part in my life. See unlike most prisoners I'm only locked up physically but I'm free spiritually, emotionally & mentally. I've realized that I can do all things through God who strengthens me. I realize that not only am I intelligent but I'm multi talented and I don't need or want the fast life to ~~ap~~ accomplish anything. I realize that I have to pick and chose the people I associate with better.

I've been incarcerated since March 2, 2004 serving a 78 month sentence with 4½ years of supervised release. Out of the 78 month sentence I have already served 48 months. I believe that the Guideline sentence is "greater than necessary" to serve the objectives of my sentencing. I was found guilty of 500 grams or less cocaine, whether it was 5 grams of crack or 500 grams of powder. ~~The~~ Act's five year mandatory minimum applies to any defendant, 21 U.S.C. 841(b)(1)(B)ii

I look forward to, God willing to go home so I can began to rebuild a foundation for my children & grandchildren so they will have a home.

This time I've done is considered hard time because I'm being housed in a high rise where I can't go outside and sometimes subjected to living in a two man cell with three people, one on the floor because of overcrowding. Even though I know everything that I've endured was a test and part of God refining process

I believe in my heart that my time here in the system has been served. I appreciate the time that you've taken out of your busy schedule to read this letter and I pray that God will be done in my situation.

Sincerely,
Rontei Jones
19075-053

Philadelphia FDC    19075-058
700 Arch St
Philadelphia, PA 19106

September 23, 2004

Dear Ronita,

I hope this finds you well and in peaceful spirits. I can tell you it was a sad day when you left here! Officer Williams Folk was bawling. I was bawling. My boss made fun of me, saying, "Aren't you supposed to be happy when they leave?" Of course I was happy for you, but POD 45 seems so empty even though there are now 60 people in there (and of course, a lot of returnees since you left already).

I hope that since you're in Philadelphia, you're getting to see your family regularly. I expected that you'd be in prison by now, and out of the county jail scene. I hope that the food has improved!

Earlier this week, I went to Washington D.C. to speak at a press conference regarding ending mandatory minimums. Hamedah's daughter Kasaundra, flew out from Portland, Oregon to speak with me. It was an amazing day. We both met several members of Congress and were able to tell policy makers about how harsh drug laws affect average citizens, especially children. Talk about the spirit moving! So, there are little pockets of hope.

Everything is pretty much the same here. Same drama as usual!

I hope that your children are doing well and that you've gotten to reconnect at least a little bit.

You are in my thoughts and prayers. I hope that you are taking care of yourself, not giving too much of your energy to others. Although if I know you as well as I think I do, I expect that everyone's already figured out that you're the go-to person for any crisis or when anyone needs a prayer. Don't forget to care for yourself though!!!!

Alrighty. Gotta get back to my day, but I just wanted to let you know that we're all praying for you.

If you want to write me:
Melissa Mummert
United Family Services
601 East 5th Street, Suite 400
Charlotte, NC 28202

Blessings, Peace & Love,

Melissa *Melissa*

# BP-S324.052 WORK PERFORMANCE RATING - INMATE CDFRM
## OCT 98
### U.S. DEPARTMENT OF JUSTICE — FEDERAL BUREAU OF PRISONS

| Inmate's Name: Ranita Jones | Register no. 19075-058 | Unit 3-S |
|---|---|---|
| Evaluation Period: Oct 2007 | Work Assignment: HVAC II | |

Rating Justification: Very good worker. Does exceptional work. Never complains when asked to do tasks. Always first to start work. Rarely has to be told twice how to do certain skilled tasks.

works hard on MSDS audit

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. **Satisfactory.** Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. **Good.** Willing Worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. **Good.** Can start own work. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. **Satisfactory.** Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. **Average.** No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. **Average.** Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability and promptness.
5. No supervision required. Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. **Good.** No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. **Good.** Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. **Continue to employ the person but without a raise or promotion this time?**
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay -Grade Class (Circle one) **1**-2-3-4-M.
2. Hours of Satisfactory work _161_
3. Regular Pay $_64.40_
4. Bonus Recommended: _X_ yes; ___ no
5. Total Pay _____

Supervisor's Signature _____ Date: 10/30/07
Inmate's Signature: Ranita Jones Date: 9/31/07

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

Staff Witness' Signature